## 𝔖𝔱𝔞𝔲𝔫𝔱𝔬𝔫.

## UNION INSURANCE COMPANY OF CANTON v. DAMASCUS LUMBER COMPANY, INC.

September 18, 1924.

Absent, Campbell, J.

Error to a judgment of the Circuit Court of Washington county, in an action of assumpsit. Judgment for plaintiff. Defendant assigns error.

*Affirmed.*

*George Bryan* and *Pennington, Price & Jones*, for the plaintiff in error.

*Hutton & Hutton* and *L. P. Summers*, for the defendant in error.

WEST, J., delivered the opinion of the court.

This is a writ of error to a judgment for $2,537.63, with interest from December 6, 1922, till paid, rendered in an action on a fire insurance policy.

The pleadings, orders of court, errors assigned and evidence in this case are identical with those in *American Insurance Company* v. *Damascus Lumber Company, Inc.*, 139 Va. 380, 124 S. E. 269, in which an opinion was handed down today.

For the reasons stated in the opinion in that case, the judgment in the instant case will be affirmed.

*Affirmed.*